# Memorandum

United States Attorney's Office
Eastern District of California



| *Subject:* | **2:25-mc-00112 DAD**<br>**In Re: Appeal of Andrew Francisco** | *Date:* | **May 22, 2025** |
|---|---|---|---|
| *To:* | **Pete Buzo, Courtroom Deputy to the Honorable Dale A. Drozd** | *From:* | **Alexis Klein**<br>**U.S. Attorney's Office**<br>**Eastern District of California** |

In response to the Court's minute order, issued May 12, 2025, the government respectfully submits this memorandum to alert the Court that it does not intend to file a response to the appellant's brief. If this matter is set for hearing, however, the government will be available to attend and answer any questions, should the Court have any for government counsel.

The government sincerely apologizes for its delayed response to the Court's May 12, 2025, minute order, which was an error on the government's part.

cc:   John Balazs and Timothy Zindel, counsel for Andrew Francisco